1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10   FIKRI BAYRAMOGLU,              )  CASE NO. CV 09-4357-PSG (PJW)
                                    )
11              Petitioner,         )
                                    )  ORDER ACCEPTING REPORT AND
12          v.                      )  ADOPTING FINDINGS, CONCLUSIONS,
                                    )  AND RECOMMENDATIONS OF UNITED
13   WARDEN, CVSP,                  )  STATES MAGISTRATE JUDGE
                                    )
14              Respondent.         )
     _____)
15
16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
17   the records on file, and the Report and Recommendation of United
18   States Magistrate Judge and has considered *de novo* the portions of the
19   Report as to which objections have been filed.  The Court accepts the
20   Magistrate Judge's Report and adopts it as its own findings and
21   conclusions.
22
23        DATED:    11/18/09    .
24
25                              PHILIP S. GUTIERREZ
26                              _____
                                PHILIP S. GUTIERREZ
27                              UNITED STATES DISTRICT JUDGE
28   C:\Temp\notesE1EF34\CV 09-4357 Order accep r&r.wpd