UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRI BAYRAMOGLU,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN, CVSP,<br><br>            Respondent. | Case No. CV 09-4357-PSG (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   11/18/09  .

                                       PHILIP S. GUTIERREZ
                                       UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 09-4357 Judgment.wpd